# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Zeron Moody

                Plaintiff,

v.                                        Case No.: 1:22−cv−00897

                                                  Honorable Gary Feinerman

D. Graham, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 8, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's third motion for attorney representation [11] is denied because it is not signed. See Fed. R. Civ. P. 11(a). All submissions must be signed and dated. In any event, counsel is not necessary now as Plaintiff has completed and returned the service forms [12]. Nothing else is required or appropriate at this time. Plaintiff is reminded (see [9]) that if he wants to renew his request for attorney representation, he may do so after the defendants respond to the complaint. In the meantime, he should continue contacting attorneys and legal organizations and advise them that his complaint has survived initial review. Any renewed motion must identify the attorneys or organizations he contacted and attach any responses he has received. If he is unable to obtain photocopies of any responses, he may prepare handwritten copies.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.